**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

CASE NO.: 9:26-cv-81462-DMM

ARIELLE SHOSHAN,
Plaintiff,

v.

MOSS & ASSOCIATES, LLC, a Florida limited liability company, as sponsor and plan administrator of the MOSS & ASSOCIATES, LLC EMPLOYEE WELFARE BENEFIT PLAN,

Defendant.
_________________________________________/

**DEFENDANT MOSS & ASSOCIATES, LLC'S C**
**CORPORATE DISCLOSURE STATEMENT**

Defendant Moss & Associates, LLC ("Moss"), sued in its capacity as sponsor and plan administrator of the Moss & Associates, LLC Employee Welfare Benefit Plan, files this Corporate Disclosure Statement under Federal Rule of Civil Procedure 7.1. Moss files this statement without waiving, and while expressly preserving, its defenses of insufficiency of process and insufficiency of service of process.

Moss is a Florida limited liability company. Moss has no parent corporation, and no publicly held corporation owns 10% or more of its stock or membership interests.

Moss removed this action under 28 U.S.C. §§ 1331, 1441(a), and 1446, on the ground that ERISA § 502(a), 29 U.S.C. § 1132(a), completely preempts Plaintiff's claim. Because jurisdiction does not rest on diversity under 28 U.S.C. § 1332(a), the citizenship disclosure required by Rule 7.1(a)(2) does not apply.

Respectfully submitted,

*/s/ John D. Kolb*
John D. Kolb
Florida Bar No. 652644
KOLB CLARE & ARNOLD, PSC
11902 Brinley Avenue, Suite 202
Louisville, Kentucky 40243
Telephone: (502) 614-3776
Facsimile: (844) 557-4329
jkolb@kcalegal.com
*Counsel for Defendant Moss & Associates, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 29, 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF, and I served a copy by email on Joseph R. Johnson, Esq., Searcy Law, 2139 Palm Beach Lakes Boulevard, West Palm Beach, Florida 33409-6601, jjohnson@searcylaw.com, counsel for Plaintiff.

*/s/ John D. Kolb*
John D. Kolb